UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIVES GIDDINGS & LEWIS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-01797-JMS-MJD |
| J&L HATFIELD, LLC, d/b/a RUSACH INT'L, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge has submitted his Report and Recommendation dkt. [39] recommending that Plaintiff's Motion to Approve and Enter Agreed Judgment dkt. [31] be **granted** and that the Court enter judgment as agreed upon by the parties. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

SO ORDERED.

Date: 3/29/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.